**Raul BENCOMO, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2011–3106.

United States Court of Appeals, Federal Circuit.

March 13, 2012.

Thomas G. Roth, Law Offices of Thomas G. Roth, of Mountain Lakes, NJ, argued for petitioner.

Kenneth M. Dintzer, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Allison Kidd–Miller, Senior Trial Counsel. Of counsel on the brief was J. Douglas Whitaker, Immigration and Customs Enforcement, United States Department of Homeland Security, of Omaha, NE.

RADER, Chief Judge, LOURIE and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**